USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
DOROTHY NESKE AND CHRISTOPHER NESKE,        :
*as parents and natural guardians of A.N.*, AND     :
DOROTHY NESKE AND CHRISTOPHER NESKE,        :
*individually*,                                                      :
                                                                  :
                                        Plaintiffs,     :            21-CV-10363 (VEC)
                                                                  :
                        -against-                       :            <u>ORDER</u>
                                                                  :
                                                                  :
NEW YORK CITY DEPARTMENT OF               :
EDUCATION, MEISHA PORTER,                    :
                                        Defendants.   :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 6, 2021, this case was transferred from the Eastern District of

New York to the undersigned, Dkt. 26;

        WHEREAS on June 25, 2021, Defendants filed the underlying administrative record

under seal before the Eastern District, Dkt. 19; and

        WHEREAS the undersigned cannot access EDNY sealed filings.

        IT IS HEREBY ORDERED, that by no later than **Friday, December 10, 2021**,

Defendants must refile a certified copy of the underlying administrative record.  Defendants must

comply with Rule 5(B) of the undersigned's Individual Practices in Civil Cases, which pertains

to sealing.

        IT IS FURTHER ORDERED, that by no later than **Friday, December 10, 2021**, the

parties must file a joint letter addressing the following topics:

    1.  a statement of all existing deadlines, due dates, and/or cut-off dates;

    2.  a brief description of any outstanding motions or requests;

3. a statement of whether the parties are seeking additional discovery beyond the administrative record and if so, a brief description of the status of that discovery and of any additional discovery that needs to be completed;

4. a statement of whether the parties believe cross-motions for summary judgment remain the most efficient way to resolve this dispute and if so, a proposed briefing schedule for such motions;

5. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

6. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

7. any other issue that the parties would like the Court to be aware of; and

8. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.


**SO ORDERED.**

**Date:  December 6, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**