**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DOROTHY NESKE and CHRISTOPHER NESKE,
as Parents and Natural Guardians of A.N., and
DOROTHY NESKE and CHRISTOPHER NESKE,
Individually,

                Plaintiff,                        21 **CIVIL** 10363 (VEC)

       -against-                         **JUDGMENT**

MEISHA PORTER, in Her Official Capacity as
Chancellor of the New York City Department of
Education, and THE NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated August 11, 2022, Plaintiffs' Motion for Summary Judgment is DENIED, and Defendants' Cross-Motion for Summary Judgment is GRANTED.; accordingly, this case is closed.

**Dated:**  New York, New York
          August 12, 2022

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                    **BY:**
                                                     _____
                                                     **Deputy Clerk**